■ ROSEMARY MCNAMARA et al., Appellants, v KATHLEEN DROESCH et al., Respondents. [855 NYS2d 555]—

Where a fraud claim gives rise to damages which are not separate and distinct from those flowing from an alleged medical malpractice cause of action, it must be dismissed (*see Bellera v Handler*, 284 AD2d 488, 490 [2001]). Here, the defendants established their prima facie entitlement to judgment as a matter of law with respect to the cause of action alleging fraud, and the plaintiffs failed to raise a triable issue of fact. The plaintiffs failed to demonstrate that the injuries arising from the alleged fraud differed from those caused by the alleged malpractice. Accordingly, the Supreme Court properly granted that branch of the defendants' motion which was for summary judgment dismissing the cause of action alleging fraud. Ritter, J.P., Florio, Carni and Leventhal, JJ., concur.

■ JOHN W. MONCRIEF, Appellant, v MAUREEN ROSENTHAL et al., Respondents. [851 NYS2d 892]—

The defendants made a prima facie showing of their entitlement to summary judgment dismissing the complaint (*see Appell v Mandel*, 296 AD2d 514 [2002]; *Singh v Persaud*, 269 AD2d 381, 382 [2000]). In opposition, the plaintiff failed to raise a triable issue of fact. Therefore, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Lifson, J.P., Ritter, Angiolillo and Carni, JJ., concur.